**E-FILED**
Wednesday, 16 February, 2015 02:10:50 PM
Tuesday, 06 January, 2015 04:47 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

SLEP-TONE ENTERTAINMENT CORP.

*Plaintiff(s)*

v.

The Basket Case Pub, Inc.

*Defendant(s)*

Civil Action No. 15-CV-1009

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Basket Case Pub, Inc.
TCDC INC, 1305 DERBY ST, PEKIN, IL 61554

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Konrad Sherinian
The Law Offices of Konrad Sherinian, LLC
1755 Park Street, Suite # 200
Naperville, IL 60563

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Kenneth A. Wells*

Date: 1/7/15

*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

Slep-Tone Entertainment Corporation
Plaintiff(s),

Case No.: **15 CV 1009**

**AFFIDAVIT OF SERVICE**

vs.

The Basket Case Pub, Inc., an Illinois Corporation, et al.
Defendant(s),

---

I, **Josh Dean**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Two (2) Letters Dated January 12, 2015, Civil Case Cover Sheet, Summons in a Civil Action and Complaint**

Defendant to be served: **The Basket Case Pub, Inc., c/o Terri Scalf, Registered Agent**

Address where served: **TCDC, Inc., 1305 Derby Street, Pekin, IL 61554**

On **February 06, 2015 at 3:10 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Terri Scalf**, (Title) **Registered Agent**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **White** - Hair: **Brown** - Approx. Age: **55** - Height: **5'4"** - Weight: **150**

Comments: Signature obtained on field sheet.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
Josh Dean

State of Illinois

County of Fulton

Subscribed and Sworn to before me on this

11 day of February, 2015

_____
Signature of Notary Public

OFFICIAL SEAL
ANTOINETTE M OILLEFELD
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 13, 2017

Job: 284447
File: