## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS | PEORIA DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THE BASKET CASE PUB, INC., and Illinois Corporation, and DANNETTE RUMSEY, <br><br> Defendant | Case No. 15-cv-1009 <br><br> Hon. Joe Billy McDade <br><br> Hon. Jonathan E. Hawley, Magistrate |

### UNOPPOSED
### MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD

The Defendants, The Basket Case Pub, Inc. and Dannette Rumsey, come to this Honorable Court, by and through their attorneys, Shay Phillips, Ltd., and move it for a fourteen day extension of time to answer, move, or otherwise plead. In support of their Motion, Defendants state:

1. At this time, the Defendants' deadline for filing an Answer, motion, or otherwise Pleading is April 17, 2015.

2. The Defendants are seeking a fourteen-day extension of time, until May 1, 2015, to Answer, move, or otherwise plead.

3. This relief is <u>not opposed</u> by the Plaintiff.

4. The Plaintiff currently has an opposed Motion to substitute before the Court. The answers to allegations, counterclaims to be brought, defenses to the claims to be asserted, and other procedural steps, will vary depending on which company (or both) exist as Plaintiffs in this matter.

5. Additionally, the individual Defendant has been out of the country and without access to email making communication and discussion between her and counsel difficult to impossible

6. It would be just and proper to allow an additional fourteen days for the Defendants to Answer, move, or otherwise plead.

7. A proposed order is attached.

Defendants therefore respectfully request that this Honorable Court grant them an extension of time until May 1, 2015 to Answer, move or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,
The Basket Case Pub, Inc. and Dannette Rumsey, by

/s/ Jonathan LA Phillips
Jonathan LA Phillips
John T.D. Bathke
Shay Phillips, Ltd.
456 Fulton St. | Ste. 255
Peoria, IL | 61602
p | 309.494.6155
f | 309.494.6156
e | jphillips@skplawyers.com
   jbathke@skplawyers.com
*Attorneys for Defendants*

| Local Rule 7.1(B)(4)(c) Compliance Statement |
|---|

I certify that, pursuant to Local Rule 7.1(B)(4)(c) the foregoing document, prior to this Compliance Statement, consists of 324 words

/s/ Jonathan LA Phillips

| Certificate of Service |
|---|

I certify that on April 14, 2015 a copy of the foregoing has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

/s/ Jonathan LA Phillips