E-FILED
Tuesday, 04 August, 2015  04:30:14 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Slep-Tone Entertainment Corp., <br> Phoenix Entertainment Partners, LLC, <br><br> Plaintiffs/ Counter-Defendants, <br><br> vs. <br><br> Dannette Rumsey, <br> The Basket Case Pub, Inc., <br><br> Defendants/ Counter-Plaintiffs. | Case Number: 15-1009 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 8/4/2015, this Court ordered Defendant's Motion to Dismiss (Doc. 22) be GRANTED as to Counts I and II of the Second Amended Complaint ONLY. The Court expresses no judgment as to the propriety of Counts III and IV, Illinois state law claims. The Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c). Defendants/Counter-Plaintiffs' counterclaims are also DISMISSED with prejudice and Defendants/Counter-Plaintiffs' Motion To Strike Plaintiffs/Counter Defendants' Affirmative Defenses (Doc. 32) was DENIED as moot. CASE TERMINATED.

Dated: 8-4-15

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court